# IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF THE PARENTAL RIGHTS AS TO J. V., A MINOR CHILD.

No. 82228

MICAH D. V.,
                    Appellant,
          vs.
WASHOE COUNTY HUMAN SERVICES AGENCY; AND J. V., A MINOR CHILD,
                    Respondents.

FILED

FEB 02 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
    DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order terminating parental rights. Second Judicial District Court, Family Court Division, Washoe County; Cynthia Lu, Judge.

Review of the notice of appeal and documents before this court reveals a jurisdictional defect. The order terminating parental rights was entered in the district court on March 27, 2020. Notice of entry of the order was filed and served that same date. But the notice of appeal was not filed in the district court until December 12, 2020, well after expiration of the 30-day appeal period provided by NRAP 4(a)(1). To the extent appellant asks that the filing fees paid with the current notice of appeal be construed to revive his previous appeal in Docket No. 81084, which was dismissed for

21-03175

failure to pay the filing fee, the request is denied.  As this court lacks jurisdiction, we

ORDER this appeal DISMISSED.

_____, J.
Cadish

_____, J.
Pickering

_____, J.
Herndon

cc:    Hon. Cynthia Lu, District Judge, Family Court Division
        Micah D. V.
        Washoe County District Attorney
        Washoe Legal Services
        Washoe District Court Clerk